**NOT FOR PUBLICATION**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| ALLEN E. ORR, | No. 08-56364 |
| Plaintiff - Appellant, | D.C. No. 8:07-cv-00434-AG-MLG |
| v. | |
| ORANGE COUNTY SHERIFF'S DEPARTMENT; et al., | MEMORANDUM[*] |
| Defendants - Appellees. | |

Appeal from the United States District Court
for the Central District of California
Andrew J. Guilford, District Judge, Presiding

Submitted June 29, 2010[**]

Before:    ALARCÓN, LEAVY, and GRABER, Circuit Judges.

Allen E. Orr died while this appeal was pending, and his apparent next-of-

kin have not responded to the Court's order informing them that if they wish to

---

[*]    This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36-3.

[**]    The panel unanimously concludes this case is suitable for decision without oral argument.  See Fed. R. App. P. 34(a)(2).

prosecute Orr's appeal, they must file a notice of appearance.  Therefore, the

appeal is dismissed.  *See* Fed. R. App. P. 43.

**DISMISSED.**